IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01170-LTB-KLM

EAGLEDIRECT MARKETING SOLUTIONS, INC., d/b/a EAGLE:XM, a Colorado corporation,

    Plaintiff(s),

v.

ENGENUS NA LLC., a New York corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on the Defendant's **Motion for Leave to Participate by Telephone in the Court Ordered Settlement Conference** [Doc. No. 40; filed September 11, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.**  The Defendant and its counsel are ordered to call Chambers on the appointed date and time at (303)-844-4892 to participate.

    Dated:  September 20, 2007