IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01170-LTB-KLM

EAGLEDIRECT MARKETING SOLUTIONS, INC., d/b/a EAGLE:XM, a Colorado corporation,

    Plaintiff(s),

v.

ENGENUS NA LLC., a New York corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter comes before the Court on Parties' **Stipulated Motion to Continue Final Pretrial Conference** [Docket No. 48; filed October 19, 2007] and Defendant's **Motion for Leave to Participate in the Final Pretrial Conference by Telephone** [Docket No. 47; filed October 19 2007].

IT IS HEREBY **ORDERED** that the **Stipulated Motion to Continue Final Pretrial Conference** [Docket No. 48] is **GRANTED**.  The final pretrial conference currently set for October 24, 2007 is **VACATED** and **RESET** for **December 13, 2007** at **11:00 a.m.**  The proposed final pretrial order shall be submitted to the court five (5) days in advance of the final pretrial conference.

IT IS FURTHER **ORDERED** that Defendant's **Motion for Leave to Participate in the Final Pretrial Conference by Telephone** [Docket No. 47] is **GRANTED**.  Defendant is directed to call Chambers at the appointed time at (303)-844-4892 to participate in the final pretrial conference.

Dated:  October 23, 2007