# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01170-LTB-PAC

EAGLEDIRECT MARKETING SOLUTIONS, INC., d/b/a EAGLE:XM, a Colorado corporation,

    Plaintiff,

v.

ENGENUS NA LLC, a New York corporation,

    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion for Leave to Participate in the Final Trial Preparation Conference by Telephone (Doc 111 - filed March 25, 2008) is **GRANTED**. Counsel shall contact chambers (303-844-2527) prior to the April 24, 2008 hearing to advise of the telephone number where he will be available.

Dated: March 26, 2008
_____