IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01170-LTB-KLM

EAGLEDIRECT MARKETING SOLUTIONS, INC., d/b/a EAGLE:XM, a Colorado corporation,

    Plaintiff(s),

v.

ENGENUS NA LLC., a New York corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the Parties' **Joint Motion for Leave to Amend Exhibit Lists** [Docket No. 114; filed March 31, 2008] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Parties are granted leave to amend their exhibit lists on or before **April 11, 2008**.

Dated: April 1, 2008